**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| TRUSTEES OF THE IBEW LOCAL NO. 1, HEALTH AND WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:25-cv-01529 RHH |
| v. | ) ) ) | |
| SAEC ELECTRIC, LLC | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR CLERK'S ENTRY OF DEFAULT**

**COME NOW** Plaintiffs, by and through counsel, and request that the Clerk of the Court enter a default in this case against Defendant SAEC Electric, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  In support thereof, Plaintiffs attach the Affidavit of Attorney Matthew B. Leppert.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

*/s/ Matthew B. Leppert*
Matthew B. Leppert (52815 MO)
Natalie J. Teague (61297 MO)
555 Washington Ave., Ste. 520
St. Louis, MO 63103
Telephone: (314) 621-2626
Fax: (314) 621-2378
mbl@scwattorney.com
njt@scwattorney.com

1

Motion for Clerk's Entry of Default 4904-0037-3181 v.1.docx

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of July, 2026, the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Matthew B. Leppert*

2

Motion for Clerk's Entry of Default 4904-0037-3181 v.1.docx