**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| TRUSTEES OF THE IBEW LOCAL NO. 1, HEALTH AND WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:25-cv-01529 RHH |
| v. | ) ) ) | |
| SAEC ELECTRIC, LLC | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF MATTHEW B. LEPPERT

**COMES NOW** Matthew B. Leppert, having been duly sworn, and states that the following is true to the best of his knowledge and belief:

1.      My name is Matthew B. Leppert, and I am a Partner at the firm of Schuchat, Cook & Werner, and I am the attorney of record for the Plaintiffs in this matter.

2.      The Complaint against Defendant SAEC Electric, LLC was filed on October 14, 2025.  (Doc. No. 1).

3.      On November 21, 2025, Plaintiffs served their Complaint on Defendant SAEC Electric, LLC at 12970 Maurer Industrial Drive, St. Louis, MO 63127. The Affidavit of Service was filed with this Court on December 2, 2025. (Doc. No. 20).

4.      On December 17, 2025, the Court granted Defendant SAEC Electric, LLC's unopposed Motion for Extension of Time and extended the deadline for Defendant SAEC Electric, LLC to file their Answer or other responsive pleading to January 12, 2026. (Doc. No. 22 and 24).

5.      On January 13, 2026, the Court granted Defendant SAEC Electric, LLC's second unopposed Motion for Extension of Time and extended the deadline for Defendant SAEC

1

Electric, LLC to file their Answer or other responsive pleading to February 2, 2026. (Doc. No. 26 and 28).

6. On February 11, 2026, the Court granted the parties' Agreed Motion to Stay all deadlines and activity in this matter to allow the parties time to negotiate a settlement. (Doc. No. 32). The stay was subsequently extended several times through July 20, 2026. (Doc. No. 34, 36, 38, 40, and 44).

7. On July 16, 2026, Counsel for Defendant SAEC Electric, LLC advised that Defendant SAEC Electric, LLC does not intend to file an Answer or otherwise defend against the allegations set forth in Complaint.

8. As of today's date, July 20, 2026, Defendant SAEC Electric, LLC has not filed an Answer or other responsive pleading and the parties have not reached settlement.

I hereby state that the above is true and correct to the best of my knowledge, information and belief.

_____
Matthew B. Leppert

Subscribed and sworn to before me this 20th day of July, 2026.

LAURA LANDMANN
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for St. Louis County
My Commission Expires: 07/12/2029
ID. #21964145

_____
Notary Public

My Commission Expires: ____7/12/29____

Affidavit of MBL- Motion for Clerk's Entry of Default 4926-9518-1501 v.1.docx